**Order entered October 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00841-CR

### THE STATE OF TEXAS, Appellant

### V.

### JESUS ALBERTO VILLEGAS, JR., Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90003**

## ORDER

The Court **DENIES** as moot appellee's September 25, 2013 second motion to extend time to file his brief. Appellee's brief was timely filed on October 1, 2013 pursuant to the Court's September 18, 2013 order.

/s/    MICHAEL J. O'NEILL
PRESIDING JUSTICE